```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00238 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR SETTING OF STATUS |
| v. | ) CONFERENCE |
| DIMAS ARREOLA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Francine Zepeda, attorney for Dimas Arreola, that a status conference be set for September 24, 2012 at 1:00 pm before the Honorable Magistrate Judge Dennis L. Beck. The defendant was arraigned on August 8, 2012 and had a detention hearing on August 15, 2012, both before the Honorable Magistrate Judge Jennifer L. Thurston. No status conference was set. The government provided discovery on August 23, 2012. The parties have conferred and agreed to request a status conference for September 24, 2012, and that time would be excluded from August 23, 2012 until September 24, 2012. The parties therefore request the Court to enter an Order finding that

1

the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: August 31, 2012                     Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                     By    /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: August 31, 2012                     /s/ Francine Zepeda
                                           FRANCINE ZEPEDA
                                           Attorney for Dimas Arreola


IT IS SO ORDERED.

**Dated: September 4, 2012**                     **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE