BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00238 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE OF STATUS |
| v. ) | CONFERENCE |
| ) | |
| DIMAS ARREOLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Kanwal Singh, attorney for Dimas Arreola, that the status conference set for March 25, 2013 be continued to April 22, 2013 at 1:00 p.m. The parties need additional time for to engage in plea negotiations. The government sent an offer to defense counsel on March 20, 2013. Defense counsel needs time to review the offer and meet with his client to discuss the offer. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by

1

such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: March 20, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: March 20, 2013                    /s/ Kanwal Singh
                                         KANWAL SINGH
                                         Attorney for Dimas Arreola

IT IS SO ORDERED.

**Dated: March 21, 2013**           **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE