**KANWAL SINGH (SBN 183596)**
Law Offices of Kanwal Singh
1908 Coffee Road, Suite 5
Modesto, California 95355
Telephone: (209) 523-8360
Facsimile: (209) 523-8362

**Attorney for Dimas Arreola, Defendant**

# IN UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff(s),**<br><br>**V.**<br><br>**DIMAS ARREOLA**<br><br>**Defendant(s)** | Case Number: 1:12-cr-00238-AWI-BAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

    IT IS HEREBY STIPULATED by and between Kanwal Singh, attorney for Dimas Arreola, and Kimberly A. Sanchez, Assistant U.S. Attorney, that the status conference set for June 10, 2013, be continued to **July 22, 2013, at 1:00 p.m**. The parties need additional time to engage in plea negotiations. The Government's plea offer has been received by the defense and defense counsel has discussed the plea offer with the client in detail. The client needs additional time to discuss with his family and as such needs a continuance of the status conference. The parties further request the Court to enter an Order finding that the "ends of justice" served by the continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limit pursuant to 18 U.S.C. §3161(h)(8)(A).

/// ///
/// ///

Dated: 06/05/13                                      Respectfully submitted,


                                                     /s/ Kanwal Singh
                                                     KANWAL SINGH Attorney
                                                     for Dimas Arreola


                                                     /s/ Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
                                                     Assistant U.S. Attorney




IT IS SO ORDERED.

   Dated:   **June 6, 2013**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE