1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:12-CR-00238-AWI-BAM

12                 Plaintiff,          **PRELIMINARY ORDER OF FORFEITURE**

13         v.

14 DIMAS ARREOLA,

15                 Defendant.

16

17     Based upon the plea agreement entered into between plaintiff United States of

18 America and defendant Dimas Arreola, it is hereby ORDERED, ADJUDGED, AND

19 DECREED as follows:

20     1.    Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Dimas

21 Arreola's interest in the following property shall be condemned and forfeited to the United

22 States of America, to be disposed of according to law:

23         a.   Remington, model 788, .243 caliber rifle
           b.   Remington, model 700 ADL, 30-06 caliber rifle,
24         c.   Lee Enfield SMLE number 4, model Mark 1 rifle
           d.   Marlin, model 30A, 30-30 caliber rifle
25         e.   Remington, model 870, 20 gauge shotgun,
           f.   Browning, model BSS, 20 gauge shotgun,
26         g.   Universal Firearms Corporation, Model M1 carbine, 30 caliber rifle
           h.   Savage, model 12, .223 caliber rifle
27         i.   Remington, model 74, 30-06 caliber rifle
           j.   Mossberg, model 500A, 12 gauge shotgun
28         k.   Marlin, model 60, .22 caliber
           l.   Remington, model 870, 12 gauge shotgun

Preliminary Order of Forfeiture            1

| | | |
|---|---|---|
| m. | Hi-point, model CF380, .380 caliber pistol | |
| n. | AK-47 style, 7.62 caliber | |
| o. | Smith and Wesson, model safety hammerless, .32 caliber revolver | |
| p. | Remington, model 66, .22 caliber rifle, | |
| q. | Smith and Wesson, model SW4OVE, .40 caliber pistol | |
| r. | USA Military Surplus, model M1 carbine, .30 caliber rifle, | |
| s. | Squires Bingham, model 20, .22 caliber rifle | |
| t. | Kayhan Art SS, model Silver Reserve, 12 gauge shotgun | |
| u. | Smith and Wesson, model 629, .44 magnum revolver | |
| v. | Russian, model Mosin Nagant, 7. 62x54 mm rifle and all ammunition seized in the case. | |

2. The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(a).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4. a. Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   September 19, 2013

_____
SENIOR DISTRICT JUDGE

Preliminary Order of Forfeiture                    3